IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN BRUDNOCK,

      Appellant,

                                   Case No.  5D21-2647
v.                                LT Case No. 2001-CF-1069

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Michelle Florio, Palmetto, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard Alexander
Pallas, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.